Jennie Pomroy, Plaintiff, v. John H. Diver, Defendant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judg-

ment directed for the plaintiff upon the verdict, with costs. All concurred.